IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**EBRAHIM ADKINS,**

        **Plaintiff,**

    v.                    CASE NO. 11-3053-SAC

**RICK ARMSTRONG, et al.,**

        **Defendants.**

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's Notice of Appeal (Doc. #19) seeking review of the Court's denial of plaintiff's combined motion for leave to file complaint or other pleading and motion for relief from judgment.

The Court has examined the record and certifies that the appeal is not taken in good faith. Accordingly, the Court will deny leave to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915(a)(3)("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."). Plaintiff must submit the $505.00 appellate filing fee to the Clerk of the Court.

IT IS, THEREFORE, BY THE COURT ORDERED that plaintiff is denied leave to proceed on appeal in forma pauperis. Plaintiff is directed to submit the appellate filing fee to the Clerk of the Court on or before November 13, 2017.

**IT IS SO ORDERED.**

DATED: This 13th day of October, 2017, at Topeka, Kansas.

                        S/ Sam A. Crow
                        SAM A. CROW
                        U.S. Senior District Judge